# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Reyna Salgado-Hurtado

CRIMINAL COMPLAINT
CASE: 17-24640M
Citizenship: MEXICO

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about June 29, 2017, at or near Sasabe, Arizona, in the District of Arizona, Reyna SALGADO-Hurtado, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 29, 2007, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b) (1). COUNT 2: On or about June 28, 2017, at or near Sasabe, Arizona, in the District of Arizona, Reyna SALGADO-Hurtado, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Reyna SALGADO-Hurtado is a citizen of Mexico. On August 29, 2007, Reyna SALGADO-Hurtado was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On June 29, 2017, agents found Reyna SALGADO-Hurtado in the United States at or near Sasabe, Arizona. Reyna SALGADO-Hurtado did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about June 29, 2017, agents found Reyna SALGADO-Hurtado in the United States of America at or near Sasabe, Arizona without the proper immigration documents. Furthermore, Reyna SALGADO-Hurtado admitted to illegally entering the United States of America from Mexico on or about June 28, 2017, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 06/30/2017

at Tucson, Arizona

John OConner, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/30/2017

**Bruce G. Macdonald**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                                  CASE: 17-24640M

vs.

Reyna Salgado-Hurtado

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Reyna Salgado-Hurtado, was represented by counsel, Enrique Gonzales (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 06/30/2017. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/28/2017 |

As pronounced on 06/30/2017, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED FIFTY (150) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The Court orders commitment to the Bureau of Prisons and recommends: Placement at a facility in Phoenix or Florence, AZ.

Signed on Friday, June 30, 2017.

Bruce G. Macdonald
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | MAGISTRATE JUDGE'S MINUTES |

Date: 06/30/2017  Case Number: 17-24640M

USA vs. **Reyna Salgado-Hurtado**
U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD    Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Travis Ausland
INTERPRETER REQ'D: Ignacio Barrientos, Spanish
Attorney for Defendant: Enrique Gonzales (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **06/29/2017**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**ONE HUNDRED FIFTY (150) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:    Enrique Gonzales (CJA) is appointed as attorney of record for defendant.


Recorded by Courtsmart    COP: 1
BY: Beth Harper           Sent: 0
    Deputy Clerk          IA: 0
    Start: 1:35 PM Stop: 2:55 PM